In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Opening and Extending of Rockaway Boulevard etc., Borough of Queens, City of New York. PENN OIL COMPANY, INC., Appellant; THE CITY OF NEW YORK and Others, Respondents.— Final order in so far as appealed from concerning awards to the tenant affecting parcels 2 and 3 on the damage map, reversed upon the law, and new trial granted, without costs. As between landlord and tenant the improvements were personalty; as between the tenant and the city they were realty. (*Jackson* v. *State of New York*, 213 N. Y. 34; *Matter of Post Office Site in Borough of The Bronx*, 210 Fed. Rep. 832; *Matter of City of New York* [*Avenue A*], 66 Misc. Rep. 488, 511, 515.) We see no reason to disturb the findings of the learned trial judge as to the value of the property taken without the improvements. On a new trial additional damages

App. Div.]                    Second Department, March, 1922.

should be allowed for the improvements made by the tenant. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.